UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MICHAEL REINHARDT,

    Plaintiff,

v.

W. KENT HAMLIN, et al.,

    Defendants.

No. 1:19-cv-00892-DAD-SKO (PC)

<u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE WITH PREJUDICE</u>

(Doc. No. 30)

Plaintiff David Michael Reinhardt is a state prisoner proceeding *pro se* and *in forma pauperis* in this action, in which he alleges that judicial officers are engaged in a conspiracy to deny his constitutional rights by denying his *habeas* petitions. (Doc. No. 27 at 11.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

In the first screening order of plaintiff's complaint, the assigned magistrate judge was unable to discern whether plaintiff intended to file a civil rights action under 42 U.S.C. § 1983 or a federal *habeas* petition. (Doc. No. 14.) Therefore, the magistrate judge provided plaintiff with the pleading requirements for both types of actions and granted him leave to amend. (*Id.*) Plaintiff chose to file an amended complaint asserting claims under § 1983. (*See* Doc. No. 17.) In the second screening order, the magistrate judge found that plaintiff's first amended complaint violated Federal Rule of Civil Procedure 8. (Doc. No. 26.) The magistrate judge again provided

1

plaintiff with the pleading requirements, as well as the legal standards for several causes of action, and granted him further leave to amend. (*Id.*)

On September 19, 2019, plaintiff filed a second amended complaint ("SAC") naming as defendants five former and current judges of the Fresno County Superior Court, thirteen former and current justices of the California Court of Appeal, and three former and current justices of the California Supreme Court. (Doc. No. 27 at 2–5.) Plaintiff alleges that the defendants are "acting as an organized criminal enterprise, conspiring to deprive [him] . . . of his 14th Amendment . . . right to habeas corpus . . . ." (*Id.* at 11.) Plaintiff also challenges the "legality of habeas corpus procedure used by judges of the California courts that are summaril[y] denying each habeas corpus application [he] files." (*Id.* at 2.)

On December 4, 2019, the magistrate judge issued findings and recommendations, finding that plaintiff's SAC is frivolous and recommending that this action be dismissed with prejudice. (Doc. No. 30.) The magistrate judge found that plaintiff provides no factual basis for his allegation that judicial officers are conspiring to deny his *habeas* petitions, aside from the denials themselves, and provides insufficient facts to state a claim that is plausible on its face. (*Id.* at 4 (citing *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).) The magistrate judge found that plaintiff's allegation that more than 20 judges and justices have conspired to deny his constitutional rights is baseless and fanciful. (*Id.* (citing *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992) (a complaint is factually frivolous "if the facts alleged are 'clearly baseless,' . . . a category encompassing allegations that are 'fanciful,' . . . 'fantastic,' . . . and 'delusional'")).)

The pending findings and recommendations were served by mail on petitioner at his address of record on December 4, 2019 and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 5.) On December 12, 2019, plaintiff filed his objections to the pending findings and recommendations. (Doc. No. 31.) Plaintiff's objections, including exhibits, are more than 60 pages in length and are replete with conspiracy theories and expletive-laden outbursts. (*See, e.g., id.* at 4-5, 9, 11, 13-14, 18-19, 22, 25.) However, plaintiff does not provide any facts or argument countering or calling into question the magistrate judge's finding that his complaint and allegations set forth therein are frivolous. Given

the plaintiff's prior opportunities to amend, the court finds that plaintiff is unable to cure the deficiencies in his pleading. *See Akhtar v. Mesa*, 698 F.3d 1202, 1212-13 (9th Cir. 2012).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on December 4, 2019 (Doc. No. 30) are adopted in full;
2. This action is dismissed with prejudice as frivolous; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **March 13, 2020**

                                        *Dale A. Drozd*
                                    UNITED STATES DISTRICT JUDGE